JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5823RBL |
| Plaintiff, | ) ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | ) ) | |
| JACOB GARDNER, | ) ) | |
| Defendant. | ) ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and attachments thereto, are to be sealed.

DONE this 23rd day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s_____
Russell V. Leonard
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**